# COMPOSITE EXHIBIT 1

 

# Osprey Point Golf Course



**Project Description:**
This is a high volume 27 hole golf facility that opened in 2010. The course is the first in Florida to receive Audubon Certified Classic Sanctuary status. Volunteers serve as course rangers, driving range attendants and bag drop attendants. Hours vary. Nights and weekends preferred. Osprey Point volunteers enjoy being outdoors, getting to know others with similar interests and reduced fees to play and practice golf.

- Minimum Age requirement: 16 with driver's license. Golf Cart detailing is available to those without a driver's license on a limited basis.
- Must enjoy serving guests and fellow staff members, possess a positive personality, be flexible in job assignments, be a team player.
- Some golf knowledge preferred but not required.
- Must be available at least 6 months per year to qualify

**\*\*This site doesn't provide court ordered volunteer hours.**

| | |
|---|---|
| **Volunteers Needed:** | Unlimited |
| **Project Meeting Location:** | Osprey Point Golf Course<br><br>12551 Glades Road<br>Boca Raton, FL 33498<br><br>View Location Map |
| **Project Organizer:** | Osprey Point Golf Course<br>ospreypointgc@pbcgov.org<br>561-482-2868 |
| **Project Category:** | Palm Beach County |

[ Apply to participate in this project ]    [ Record ]

[ < Back to Service Project Listing ]

 

# Park Ridge Golf Course



**Project Description:**
Park Ridge Golf Course is an 18 hole golf facility opened to the public in 2007 and has received engineering and environmental awards. We are a proud participate in the Audobon Cooperative Sanctuary Program for golf courses. Park Ridge Golf Course uses both volunteers and Palm Beach County employees partnering together with a clear vision of customer service and team concept.

Minimum Age requirement:15-18 years old for junior golf volunteering. 18 and up for all other volunteer needs.

**\*\*This site doesn't provide court ordered volunteer hours.**

| | |
|---|---|
| **Volunteers Needed:** | Unlimited |
| **Project Meeting Location:** | Park Ridge Golf Course<br><br>9191 Lantana Road<br>Lake Worth, Florida 33467<br><br>View Location Map |
| **Project Organizer:** | Ken Smythe<br>ksmythe@pbcgov.org<br>561-629-8754 |
| **Project Category:** | Golf Courses |

[ Apply to participate in this project ]   [ Record ]

[ < Back to Service Project Listing ]

 

# Okeeheelee Golf Course



**Project Description:**
VOLUNTEERS NEEDED ASAP! SIGN UP TODAY!

Okeeheelee Golf Course is a 27 hole golf facility that opened in 1995. Okeeheelee Golf Volunteers serve as course rangers, driving range attendants, Starters Assistants, tee times administrators, junior program assistants, and bag drop attendants. The golf course is open nights, weekends and holidays and these times will be scheduled as normal work shifts. Okeeheelee volunteers should be individuals that enjoy being outdoors and working with others who have similar interests.  There is a generously reduced fee to play the golf course. The driving range and practice area are available at no cost to volunteers.

Minimum Age requirement: 16 with driver's license.  Golf Cart detailing is available to those without a driver's license on a limited basis. Junior Program assistants as young as 14 may be able to assist but will not be allowed drive any equipment.

**\*\*This site doesn't provide court ordered volunteer hours.**

| | |
|---|---|
| **Volunteers Needed:** | Unlimited |
| **Project Meeting Location:** | Okeeheelee Golf Course<br><br>7715 Forest Hill Blvd<br>West Palm Beach, FL 33413<br><br>View Location Map |
| **Project Organizer:** | Okeeheelee Golf Course<br>park-okeegolfvol@pbcgov.org<br>561-629-8799 / 561-964-4653 |
| **Project Category:** | Palm Beach County |

[ Apply to participate in this project ]   [ Record ]

[ < Back to Service Project Listing ]



# John Prince Golf Learning Center



**Project Description:**
John Prince Golf Learning Center is a 35 acre, state-of-the art, comprehensive golf learning and practice facility. John Prince Golf Learning Center volunteers serve as driving range attendants, starters, junior program assistants, office assistants, and maintenance assistants. The facility is open nights, weekends and holidays and these times will be scheduled as normal work shifts.

John Prince Golf Learning Center volunteers should be individuals that enjoy being outdoors and working with others who have similar interests. Volunteers can utilize the driving range and practice area, when space is available, at no cost. There is also generously reduced fee to play other Palm Beach County Parks and Recreation operated golf courses during designated times.

Minimum Age requirement: 17 with driver's license.

**\*\*This site doesn't provide court ordered volunteer hours.**

| | |
|---|---|
| **Volunteers Needed:** | Unlimited |
| **Project Meeting Location:** | John Prince Golf Learning Center<br>4754 South Congress Ave<br>Lake Worth, FL 33461<br>View Location Map |
| **Project Organizer:** | Eric Rein<br>erein@pbcgov.org<br>561-629-8754 |
| **Project Category:** | Palm Beach County |

[ Apply to participate in this project ]    [ Record ]

[ < Back to Service Project Listing ]